# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Tuchscherer,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Thunderbird Collection Specialists Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-13-00552-TUC-JGZ<br><br>**ORDER** |

Upon stipulation of the parties (Doc. 16) and good cause appearing,

IT IS ORDERED THAT this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

Dated this 11th day of March, 2014.

_____
Jennifer G. Zipps
United States District Judge